# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lonnie W. Lotshaw, | Case No.: 2:24-cv-00828-CDS-MDC |
| Petitioner | **Order Directing Service of Petition** |
| v. | |
| LVCCC Halfway House, et al., | |
| Respondents | |

Lonnie W. Lotshaw has submitted a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1-1. He is in custody at Southern Nevada Detention Center serving a federal sentence, and he challenges the Federal Bureau of Prisons' calculation of his sentence. *Id.* I have conducted a preliminary review of the petition under Habeas Rule 4 and direct that it be served on respondents.

A petition for a writ of federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2244(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

It is therefore ordered that the Clerk of Court detach, file, and electronically **SERVE** the petition [ECF No. 1-1] and this order through CM/ECF on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

It is further ordered that respondents file a response to the petition, including potentially by motion to dismiss, within **45 days** of service of the petition, with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local

rules. Any response filed is to comply with the remaining provisions below, which are entered pursuant to Habeas Rule 5.

It is further ordered that any procedural defenses raised by respondents in this case be raised together in a single consolidated motion to dismiss.

It is further ordered that petitioner has **45 days** from service of the answer, motion to dismiss, or other response, to file a reply or opposition, with any other requests for relief by respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

It is further ordered that any exhibits filed herein by either petitioner or respondents be filed with a separate index of exhibits identifying the exhibits by number. The parties will identify filed CM/ECF attachments by the number of the exhibit in the attachment. Each exhibit must be filed as a separate attachment.

It is further ordered that, at this time, the parties send courtesy copies of **any responsive pleading or motion and all INDICES OF EXHIBITS ONLY** to the Reno Division of this court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. **No further courtesy copies are required unless and until requested by the court**.

Dated: June 4, 2024

_____
United States District Judge

2